1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF CALIFORNIA
9

10

11   FRUIT ROYALE, INC.,              )
                                      )
12                                    )
                     Plaintiff,       )        1:06-cv-0552 OWW LJO
13                                    )
         v.                           )
14                                    )
     SUNGROW SALES, INC.,             )        ORDER DISMISSING ACTION
15   et al.,                          )
                                      )
16                   Defendant        )
     _____)
17

18
         Pursuant to the notice of voluntary dismissal filed by the
19
     plaintiff, and no responsive pleading having been filed by any
20
     defendant, this action is ordered dismissed without prejudice.
21
     IT IS SO ORDERED.
22
     **Dated:    September 12, 2006              /s/ Oliver W. Wanger**
23   emm0d6                               UNITED STATES DISTRICT JUDGE

24

25

26

27

28
                                      1